IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA M. KING,<br><br>    Appellant,<br><br>  v.<br><br>JOHN KENDALL,<br><br>    Appellee.<br>_____ / | No. C 09-02157 WHA<br><br>Bankruptcy No. 09-41673-RJN<br><br>**ORDER TO SHOW CAUSE** |

    This bankruptcy appeal has been languishing for over five months, awaiting any action by the parties to dismiss the appeal, perfect the record on appeal, or move the process forward. The record shows that appellant, Pamela M. King, filed a timely notice of appeal from an order entered by the bankruptcy court, but failed to file and serve a designation of items to be included in the record on appeal within ten days pursuant to Bankruptcy Rule 8006. Moreover, neither party ordered transcripts of the bankruptcy hearings for this appeal. These facts imply that appellant may no longer be interested in pursuing this appeal.

    Accordingly, appellant Pamela M. King is hereby **ORDERED** to show cause why this appeal should not be dismissed immediately for failure to prosecute under FRCP 41(b) or for failure to perfect the record on appeal under Bankruptcy Rule 8006. The Court must receive a written response by appellant by **NOON ON FRIDAY, DECEMBER 18, 2009,** or the action will be dismissed.

    **IT IS SO ORDERED.**

Dated: December 1, 2009.

                                 WILLIAM ALSUP<br>
                                 UNITED STATES DISTRICT JUDGE