IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA M. KING, | No. C 09-02157 WHA |
|     Appellant, | Bankruptcy No. 09-41673 RJN |
| v. | **FINAL JUDGMENT** |
| JOHN KENDALL, | |
|     Appellee. / | |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of appellee and against appellant. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  December 29, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE